■ ARTHUR R. WERBECK, JR., et al., Appellants, v NEW YORK STATE THRUWAY AUTHORITY, Respondent. [686 NYS2d 337] —Appeal from a judgment of the Court of Claims (Bell, J.), entered July 2, 1998, upon a decision of the court following a bifurcated trial in favor of the New York State Thruway Authority on the issue of liability.

Judgment affirmed, upon the opinion of Judge John L. Bell.

Cardona, P. J., Mikoll, Yesawich Jr., Carpinello and Graffeo, JJ., concur. Ordered that the judgment is affirmed, without costs.